**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

**UNITED STATES OF AMERICA,**
       **Plaintiff,**

v.

**HUI HE,**
       **Defendant.**

Case No: 23-mj-5094-RES
AUSA: Stephen Hunting
Defendant: Tom Bartee, AFPD

| JUDGE: | Judge Rachel E. Schwartz | DATE: | November 6, 2023 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:51 p.m. |
| INTERPRETER: | _____ | PROBATION: | Mitchell Shivers |

## PROCEEDINGS

☐ Initial Appearance – min.   ☐ Initial Revocation Hearing – min.   ☐ Bond Hearing – min.
☐ Arraignment – min.   ☒ **Initial Rule 5(c)(3) – 10 min.**   ☐ Bond Revocation Hearing – min.
☐ Detention Hearing – min.   ☐ Preliminary Hearing – min.   ☐ Status Conference – min.

☐ Defendant sworn   ☒ **Examined re: financial status**   ☒ **Counsel appointed**
☒ **Constitutional Rights Explained**
☒ **Charges and penalties explained to defendant**   ☒ **Felony**   ☐ Misdemeanor
☒ **Advised of Due Process Protections Act**
☐ Declines to Waive Indictment   ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment   ☐ Information filed
☒ **Advised of Rights Under Rule 20**
☐ Signed Consent to Transfer _____

☐ Bond Revoked   ☐ Continued on present conditions   ☐ Release Order executed   ☒ **Remanded to Custody**

☒ **Oral motion by Government for detention of defendant.**
☐ Detention ordered – Oral motion (ECF No.  ) Choose an item..
☒ **Oral motion by Defendant to continue Detention Hearing. The court grants the continuance.**
☒ **Defendant's next appearance: Identity Hearing and Detention Hearing on November 9, 2023, at 1:30 p.m. before Judge Schwartz in Topeka Courtroom 404.**

**OTHER:** Defendant appears in person, in custody and the court appoints Tom Bartee. The court advises if he is not a US citizen, he has the right to have a consular representative contacted on his behalf. Defendant does not wish to exercise this right at this time. Government moves for detention. Defendant requests a continuance of the hearing. The court grants the continuance. Defendant is remanded to the custody of the U.S. Marshal Service.