UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:23-CR-00214 |
| VERSUS | JUDGE HICKS |
| HUI HE (01) | MAGISTRATE JUDGE HORNSBY |

___

**ORDER APPOINTING PANEL ATTORNEY**
___

On the basis of the evidence in the record of the defendant's financial condition, the Court determines that the defendant is financially unable to employ counsel.

IT IS HEREBY ORDERED that Howard E. Conday, Jr. is hereby appointed from the CJA Panel to represent the defendant in this matter.

Appointment Date: November 29, 2023

THUS DONE in Chambers on this  29th  day of November, 2023.

_____
Mark L. Hornsby
United States Magistrate Judges