

**RECEIVED** DEC 11 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:23-CR-00214-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HUI HE (01) | MAGISTRATE JUDGE HORNSBY |

## ORDER APPOINTING INTERPRETER

The court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, **IT IS ORDERED** that:

Interpreter: **Victor Chang**

be appointed as interpreter to assist in the arraignment and detention hearing only. Compensation for these services shall be paid by the Government.

This appointment is being made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.  **IT IS SO ORDERED.**

THUS DONE AND SIGNED in Shreveport, Louisiana, this 11th day of December 2023.

_____
Mark L. Hornsby
United States Magistrate Judge