**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

Court convened **at 4:05 p.m.** on Wednesday, April 24, 2024, and adjourned at **4:15 p.m.**

PRESENT:   Mark L. Hornsby, Magistrate Judge, Presiding
           Jill Keller, Minute Clerk
           Recorded: Liberty Court Recorder 3
           Time in Court: 10 minutes

**GRAND JURY REPORT**

 X  Partial Report
 X  Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:24-cr-00088-01* | X | |
| 2:24-cr-00095-01*** | X/WRIT | |
| 3:24-cr-00091-01*** | X/WRIT | |
| 3:24-cr-00094-01*** | X/WRIT | |
| 5:23-cr-00197-01*/** | X | |
| 5:23-cr-00197-02** | | X |
| 5:23-cr-00197-08*/** | X | |
| 5:23-cr-00197-12*/** | X | |
| 5:23-cr-00197-13*/** | X | |
| 5:23-cr-00197-14** | | X |
| 5:23-cr-00197-15*/** | X | |
| 5:23-cr-00214-01*/** | X | |
| 5:23-cr-00214-02*/** | X | |
| 5:23-cr-00214-03*/** | X | |
| 5:23-cr-00214-04*/** | X | |
| 5:23-cr-00214-06*/** | X | |
| 5:23-cr-00214-07** | X | |
| 5:23-cr-00214-09*/** | X | |
| 5:23-cr-00214-11** | | X |
| 5:23-cr-00214-12*/** | X | |
| 5:23-cr-00214-14*/** | X | |
| 5:23-cr-00214-15*/** | X | |
| 5:23-cr-00214-17** | | X |
| 5:24-cr-00087-01* | X | |
| 5:24-cr-00087-02*** | X/WRIT | |
| 5:24-cr-00087-03* | X | |
| 5:24-cr-00087-04*** | X/WRIT | |
| 5:24-cr-00087-05 | | X |
| 5:24-cr-00087-06 | | X |
| 5:24-cr-00087-07 | | X |

| Case Number | Warrant |
|---|---|
| 5:24-cr-00087-08 | X |
| 5:24-cr-00087-09 | X |
| 5:24-cr-00087-10 | X |
| 5:24-cr-00087-11 | X |
| 5:24-cr-00087-12 | X |
| 5:24-cr-00087-13 | X |
| 5:24-cr-00087-14 | X |
| 5:24-cr-00087-15 | X |
| 5:24-cr-00087-16 | X |
| 5:24-cr-00087-17 | X |
| 5:24-cr-00087-18 | X |
| 5:24-cr-00087-19 | X |
| 5:24-cr-00087-20 | X |
| 5:24-cr-00087-21 | X |
| 5:24-cr-00092-01*** | X/WRIT |
| 5:24-cr-00093-01*** | X/WRIT |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 3:24-cr-00089-01 | X | |
| 3:24-cr-00090-01 | X | |

   X   Warrants/summons ordered issued as indicated.
   *    In Federal Custody
   **   Superseding Indictment
   ***  State Custody