UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:23-CR-00214-01** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **HUI HE (01)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
Initial Appearance \ Arraignment \ Change of Plea Hearing

| | | | |
|---|---|---|---|
| Date: | May 3, 2024 | Presiding: | Magistrate Judge Mark L. Hornsby |
| Court Opened: | 1:30 p.m. | Courtroom Deputy: | Jill Keller |
| Court Adjourned: | 2:25 p.m. | Court Reporter: | Diana Cavenah |
| Statistical Time: | 0:55 | Courtroom: | CR3 |

**APPEARANCES**

| | | |
|---|---|---|
| Allison Duncan standing in for Jessica Diane Cassidy (AUSA) | For | United States of America |
| Keith Thomas Whiddon (RET) | For | Hui He (01) Defendant |
| Hui He (01) Defendant | | |
| Victor Chang, Interpreter - Mandarin | | |

**PROCEEDINGS**

**INITIAL APPEARANCE on Superseding Indictment:**

The defendant admitted his identity and was advised of the charge and of his constitutional rights.

The court reminded the Government of its obligations under Brady and Giglio and the consequences of failing to do so.

Previous order of detention remains in effect.

Previous deadlines and hearings remain in effect.

**ARRAIGNMENT:**

The defendant, under oath, consented to the entry of a felony guilty plea before the magistrate judge who finds that the record adequately establishes a factual basis for the plea of guilty to Count One of the Superseding Indictment.

The court finds that after having been fully advised of his Rule 11 rights, the defendant understands the nature of the offenses charged and the maximum penalties, and has freely and voluntarily waived his right to a jury trial.

**ORAL REPORT AND RECOMMENDATION:**

Oral Report and Recommendation that the Court accept the guilty plea by the defendant and the defendant be adjudged guilty of the offense. Further recommended that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the customary delays. A written report and recommendation will follow.

A pre-sentence investigation is ordered, and sentencing is set for **September 12, 2024** at **2:30 p.m.** before Judge Hicks in Courtroom 1. Sentencing memoranda (if any) must be submitted to chambers at least seven (7) days before sentencing.

IT IS ORDERED that the Clerk of Court shall accept the defendant's payment of the special assessment, any fine and/or restitution prior to the sentencing in this case.

IT IS FURTHER ORDERED that any restitution paid will be held by the Clerk of Court and not dispersed to the victim(s) until the defendant has been sentenced and judgment has been entered.

**FILINGS:**

- signed plea agreement
- signed affidavit of understanding of maximum penalties and constitutional rights
- signed factual basis for guilty plea
- elements of the offense
- signed consent to proceed before the magistrate judge and waiver of objections to report and recommendation
- Interpreter Oath
- Order

**ORDER:**

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, it is hereby ORDERED that **Victor Chang** be appointed as interpreter to assist in the initial appearance, detention hearing, arraignment and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government. This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.