RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY - 3 2024

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:23-cr-00214-01 |
| | * | |
| VERSUS | * | JUDGE HICKS |
| | * | |
| HUI HE, a.k.a. "Kevin" | * | MAGISTRATE JUDGE HORNSBY |

## FACTUAL BASIS

This Factual Basis is submitted in accordance with Federal Rules of Criminal Procedure, Rule 11(f). The parties signing below agree and stipulate to the following factual matters as the basis for the defendant, **Hui He, a.k.a. "Kevin"**, pleading guilty to Count One of the Superseding Indictment:

In November of 2021, the FBI began investigating **Hikmat Deeb** and **Brieon O'Neal** for illegally trafficking marijuana in the Western District of Louisiana and elsewhere. In October of 2022, agents obtained court-authorized Title III wiretaps on two cellular telephone numbers utilized by **Hikmat Deeb**.

Through the intercepted communications, agents determined **Hikmat Deeb** obtained marijuana from sources of supply in Oklahoma. **Hui He** was identified as one of those sources of supply. **Hui He** owned two properties in Oklahoma that he used for the illegal cultivation and distribution of marijuana. **Hui He** was also connected to a larger marijuana distribution organization; he brokered illegal drug deals between customers and other distributors.

**Hui He** met with customers at various locations to conduct drug sales, including parking lots and Airbnb properties that he rented. **Hui He** sometimes used couriers to

deliver marijuana to customers and to collect payments on his behalf. **Hui He** sold marijuana in pound quantities. Depending on the quality of the marijuana, the price typically ranged from $500 per pound to $900 per pound.

As on example of the scope of the illegal drug trafficking, on October 25, 2022, agents intercepted an outgoing call from **Hikmat Deeb** to **Hui He**. Pertinent portions of this call are as follows:

| | |
|---|---|
| HE: | The girl is ready? |
| DEEB: | I'm ready. She's not ready. |
| ... | |
| DEEB: | I'm going to see if Troy – |
| HE: | Listen, if not, tomorrow is fine. |
| DEEB: | If not Troy, I'm gonna come. |
| HE: | What?! You? No. |
| DEEB: | I need some, man. |
| HE: | Don't drive yourself. |
| DEEB: | Well I'll drive there. I'll have One Night drive it back. |
| ... | |
| HE: | How much paper you have right now? |
| DEEB: | It's for sure, it's like 60. I think. |
| ... | |
| HE: | I lost like over 200, man. |
| DEEB: | Wow, from what? What happened? |
| HE: | Okay. Me and Brian, right, is not in OKC. He go to Hawaii. I go to |

|  |  |
|---|---|
|  | Colorado with my kids. So I asked my guy, like go over there. My buyer's driver is ready over there. And they go to pick up stuff. My homie go to just get the paper. And he got pulled over. |
| DEEB: | You said they both got pulled over? |
| HE: | Yeah my guy. He just got paper. And he got pulled over. |
| ... |  |
| DEEB: | My friend that came one time ... him and his two buddies are gonna come. They said they're gonna come Monday and spend a hundred grand. |
| HE: | You trust them, right? Good friend? |
| DEEB: | Yeah, yeah. |

**Hui He** admits that, in this call, he and **Hikmat Deeb** discussed a variety of matters related to the illegal trafficking of marijuana. **Hui He** admits one of his couriers was involved in a traffic stop that resulted in the seizure of approximately $200,000 in proceeds from illegal drug sales. **Hui He** admits **Hikmat Deeb** discussed traveling to Oklahoma to purchase $60,000 worth of marijuana from him. **Hui He** also admits **Hikmat Deeb** discussed having additional customers who wanted to purchase $100,000 worth of marijuana from him. Finally, **Hui He** admits knowing the marijuana he illegally distributed to **Hikmat Deeb** was being transported to and distributed in the Western District of Louisiana and elsewhere.

As another example, on November 2, 2022, Homeland Security Investigations and Norman Police Department executed search warrants at two homes in Oklahoma that were associated with **Hui He**. Law enforcement recovered firearms, approximately

$84,000 in cash, and thirty money orders totaling $15,000. **Hui He** admits the cash and money orders were proceeds from illegal drug sales.

The above-described facts do not represent the totality of the evidence in this case. However, the parties signing below agree and stipulate that **Hui He** conspired to distribute and possess with intent to distribute at least 1,000 kilograms of marijuana. The parties therefore agree and stipulate that the preceding facts adequately describe **Hui He's** role in the offense of Conspiracy to Distribute and Possess with Intent to Distribute 100 Kilograms or More of Marijuana in for purposes of establishing his guilt beyond a reasonable doubt to Count One of the Superseding Indictment.

Signed this __2__ day of __MAY__, 2024.

_____
HUI HE, a.k.a. "Kevin"
Defendant

_____
KEITH T. WHIDDON
Attorney for Defendant

BRANDON B. BROWN
United States Attorney

_____
JESSICA D. CASSIDY
Assistant United States Attorney
300 Fannin St., Ste. 3201
Shreveport, LA 71101
(318) 676-3600

Page 13 of 17