RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY - 3 2024
DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:23-cr-00214-01 |
| | * | |
| VERSUS | * | JUDGE HICKS |
| | * | |
| HUI HE, a.k.a. "Kevin" | * | MAGISTRATE JUDGE HORNSBY |

<u>ELEMENTS OF THE OFFENSE</u>

**COUNT 1**
Conspiracy to Distribute and Possess with Intent to Distribute Marijuana
[21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846]

**Title 21, United States Code, Sections 841 & 846** make it a crime for anyone to conspire with someone else to commit a violation of certain controlled substance laws of the United States. In this case, the defendant is charged with conspiracy to distribute and possess with the intent to distribute marijuana.

Marijuana is a controlled substance within the meaning of this law.

A "conspiracy" is an agreement between two or more persons to join together to accomplish some unlawful purpose. It is a kind of "partnership in crime" in which each member becomes the agent of every other member.

The essential elements which must be proven beyond a reasonable doubt in order to establish the offense prescribed by this law are:

*First*: That two or more persons, directly or indirectly, reached an agreement to distribute and possess with the intent to distribute marijuana;

*Second*: That the defendant knew of the unlawful purpose of the agreement;

*Third*: That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

*Fourth*: That the overall scope of the conspiracy involved at least one hundred (100) kilograms of marijuana.

One may become a member of a conspiracy without knowing all the details of the unlawful scheme or the identities of all the other alleged conspirators. If a defendant understands the unlawful nature of a plan or scheme and knowingly and intentionally joins in that plan or scheme on one occasion, that is sufficient to convict him for conspiracy even though the defendant played only a minor part.

_____     5-2-2024
HUI HE, a.k.a. "Kevin"             Date
Defendant

_____     5/2/2024
KEITH T. WHIDDON                   Date
Attorney for Defendant