RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 14 2025

DANIEL J. McCOY, CLERK
BY: _____

## DECISION REGARDING MY APPEAL

I am the defendant in USA v **Hui He**   Cr. No. _____

I understand that I have the right to appeal the conviction and sentence in this case and to have the assistance of appointed counsel on appeal. I understand that I do not have to pay for the appeal. I understand that if I want to appeal, I must notify the court within fourteen days of entry of judgment in my case. Having discussed my appeal rights with my attorney, I make the following decision with regard to my appeal:

[WRITE YOUR INITIALS NEXT TO **ONE** CHOICE ONLY.]

**HH / VW**   I DO NOT want to appeal

_____   I wish to appeal my SENTENCE ONLY

_____   I wish to appeal my CONVICTION and SENTENCE

_____   I wish to appeal my PRETRIAL MOTION

Further, I authorize my attorney to file this document in the public records of the court.

_____
DEFENDANT SIGNATURE

_____
WITNESS SIGNATURE
NAME: Victor Chang

DATE: 5/14/25

DATE: 5/14/25